IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FIAPULE TEPA,

     Plaintiff,                   2:03-cv-0075-GEB-GGH-P

  vs.

LOU BLANAS, et al.,

     Defendants.            ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On October 12, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed

1

1 within twenty days.  Neither party has filed objections to the
2 findings and recommendations.
3        The court has reviewed the file and finds the findings
4 and recommendations to be supported by the record and by the
5 magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED
6 that:
7        1.  The findings and recommendations filed October 12,
8 2005 are adopted in full; and
9        2.  Defendants' July 22, 2005, motion for summary
10 judgment is granted.
11 Dated:  December 20, 2005

                                /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
                                United States District Judge