IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FIAPULE TEPA,

       Plaintiff,                     No. CIV S-03-0075 GEB GGH P

    vs.

LOU BLANAS, et al.,

       Defendants.       <u>ORDER</u>

_____/

       On May 3, 2006, plaintiff filed a letter requesting status of this case and regarding his treatment at RCCC. This civil rights action was closed on December 21, 2005. Plaintiff's filing does not appear to be one contemplated by the Federal Rules of Civil or Appellate Procedure. Therefore, this document will be placed in the file and disregarded.

       IT IS SO ORDERED.

DATED: 5/17/06

                                                  /s/ Gregory G. Hollows

                                                  GREGORY G. HOLLOWS
                                                  UNITED STATES MAGISTRATE JUDGE

GGH:bb
tepa0075.58ggh